IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRITTANY PEEBLES                                                        PLAINTIFF

v.                                    Case No. 1:25-cv-01079

FRANK BISIGNANO,
Commissioner of Social Security                                         DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation filed on June 10, 2026, by the Honorable

Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 19.  Neither party has responded to the Report and Recommendation, and the time to do so

has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court finds the matter ripe for consideration.

On October 13, 2025, Plaintiff Brittany Peebles filed a complaint against Defendant Frank

Bisignano, Acting Commissioner of the Social Security Administration.  ECF No. 2.  In her

complaint, Plaintiff sought review of the August 8, 2025 decision of the Social Security

Administration Appeals Council denying review of an Administrative Law Judge's decision to

deny Plaintiff Title II and/or Title XVI benefits.  *Id.* at 2.  On June 5, 2026, Defendant filed an

unopposed motion to reverse and remand the final administrative decision in this action pursuant

to sentence four of 42 U.S.C. § 405(g).  ECF No. 18.  Defendant states that it conferred with

Plaintiff, who advises that she does not oppose Defendant's motion.

In the instant Report and Recommendation, Judge Singleton recommends that Defendant's

Unopposed Motion to Remand under Sentence Four (ECF No. 18) be granted, and that Plaintiff's

case be reversed and remanded to the Social Security Administration for further administrative

review pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 19.

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Accordingly, the Court finds that Defendant's Unopposed Motion to Remand under Sentence Four (ECF No. 18) should be and hereby is **GRANTED**.  Plaintiff's case is hereby **REVERSED AND REMANDED** to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 2nd day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

2