IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRITTANY PEEBLES PLAINTIFF

v. Case No. 1:25-cv-01079

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on August 31, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Singleton recommends that Plaintiff's Unopposed Motion for Attorneys' Fees be granted, and that Plaintiff be awarded $9,523.00 in attorneys' fees. *Id.* at 4.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. Accordingly, the Court finds that Plaintiff's Unopposed Motion for Attorneys' Fees (ECF No. 22) is hereby **GRANTED**. The Court awards Plaintiff attorneys' fees and costs totaling **$9,523.00**.

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge